MELVIN DRUMSTA, Respondent, v. MARYLAND MOTOR CAR INSURANCE

COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.